<u>DEFENDANT:</u>          FIRST NAME UNKNOWN, LAST NAME UNKNOWN,
                         a.k.a. "UM-5566,"

<u>AGE/YOB:</u>            Unknown

<u>COMPLAINT</u>          _____ Yes      ___X____ No
<u>FILED?</u>

                         If Yes, MAGISTRATE CASE NUMBER_____

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u>   __ Yes    __ No

<u>OFFENSE(S):</u>        **Count 1:** Title 21, United States Code, Sections 841(a)(1),
                         (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to
                         distribute and possess with the intent to distribute various amounts
                         of a mixture and substance containing a detectable amount of
                         cocaine, a Schedule II Controlled Substance

                         **Count 2:**  Title 21 U.S.C. § 843(b) and (d); Use of a Communication
                         Facility in Connection with Drug Trafficking

                         **Count 3:**  21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II); 18 U.S.C.
                         § 2; Distribution and Possession with the Intent to Distribute 500
                         grams and more of a mixture and substance containing a detectable
                         amount of cocaine, a Schedule II Controlled Substance and Aiding
                         and Abetting the Same

<u>LOCATION OF</u>       Denver County, Denver, Colorado
<u>OFFENSE:</u>

<u>PENALTY:</u>          **Count 1**
                        NLT 5 years,
                        NMT 40 years imprisonment
                        At least 4 years Supervised Release
                        $5,000,000 fine
                        $100 Special Assessment

                        **Count 2**
                        NMT 4 years in prison
                        NMT 1-year of supervised release
                        NMT $250,000.00 fine
                        $100 Special Assessment

**<u>Count 3</u>**
NLT 5 years
NMT 40 years imprisonment
At least 4 years Supervised Release
$5,000,000 fine
$100 Special Assessment

<u>AGENT:</u>          Michael Gutke
                Special Agent, Drug Enforcement Administration

<u>AUTHORIZED</u>
<u>BY:</u>             Stephanie Podolak
                Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

____ five days or less;  __X_ over five days

<u>THE GOVERNMENT</u>

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.