| | |
|---|---|
| **DEFENDANT:** | ERICK DELGADO-MOLINA |
| **AGE/YOB:** | 1980 |
| **COMPLAINT FILED?** | _____ Yes    _____ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| **HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?** | __ Yes    __ No |
| **OFFENSE(S):** | **Count 1:** Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance<br><br>**Count 15:** Title 21 U.S.C. § 843(b) and (d); Use of a Communication Facility in Connection with Drug Trafficking<br><br>**Count 18:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(ii)(II), 18 U.S.C. § 2; Distribution or Possession with the Intent to Distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same |
| **LOCATION OF OFFENSE:** | Denver County; Denver, Colorado |
| **PENALTY:** | **Count 1**<br>NLT 10 years,<br>NMT life imprisonment<br>At least 5 years Supervised Release<br>$10,000,000 fine<br>$100 Special Assessment<br><br>**Count 15**<br>NMT 4 years in prison<br>NMT 1-year of supervised release<br>NMT $250,000.00 fine<br>$100 Special Assessment |

**Count 18**
NLT 10 years,
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine
$100 Special Assessment

| | |
|---|---|
| <u>AGENT:</u> | Michael Gutke<br>Special Agent, Drug Enforcement Administration |
| <u>AUTHORIZED BY:</u> | Stephanie Podolak<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

\_\_\_ five days or less;  _X_  over five days

<u>THE GOVERNMENT</u>

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.