<u>DEFENDANT:</u>       HECTOR MORENO-CERRILLO

<u>AGE/YOB:</u>        1988

<u>COMPLAINT
FILED?</u>        _____ Yes     ___X____ No

                 If Yes, MAGISTRATE CASE NUMBER_____

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u>    __ Yes    __ No

<u>OFFENSE(S):</u>      **Count 1:** Title 21, United States Code, Sections 841(a)(1),
                 (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to
                 distribute and possess with the intent to distribute various amounts
                 of a mixture and substance containing a detectable amount of
                 cocaine, a Schedule II Controlled Substance

                 **Count 25:**  21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II); 18 U.S.C.
                 § 2; Distribution and Possession with the Intent to Distribute 500
                 grams and more of a mixture and substance containing a detectable
                 amount of cocaine, a Schedule II Controlled Substance and Aiding
                 and Abetting the Same

<u>LOCATION OF
OFFENSE:</u>       Denver County; Denver, Colorado

<u>PENALTY:</u>        **Count 1**
                 NLT 5 years,
                 NMT 40 years imprisonment
                 At least 4 years Supervised Release
                 $5,000,000 fine
                 $100 Special Assessment

                 **Count 25**
                 NLT 5 years
                 NMT 40 years imprisonment
                 At least 4 years Supervised Release
                 $5,000,000 fine
                 $100 Special Assessment

<u>AGENT:</u>          Michael Gutke
                 Special Agent, Drug Enforcement Administration

<u>AUTHORIZED
BY:</u>            Stephanie Podolak
                 Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

\_\_\_\_ five days or less;  \_\_X\_ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.