| | |
|---|---|
| <u>DEFENDANT</u>: | NOLOBERTO BURCIAGA-DUARTE, a.k.a. "The Old Man," |
| <u>AGE/YOB</u>: | 1960 |
| <u>COMPLAINT FILED?</u> | _____ Yes     ___X____ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u>   __ Yes   __ No | |
| <u>OFFENSE(S)</u>: | **Count 1:** Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846;Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance<br><br>**Count 27:**  21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II); 18 U.S.C. § 2; Distribution and Possession with the Intent to Distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same<br><br>**Count 26:**  Title 21 U.S.C. § 843(b) and (d); Use of a Communication Facility in Connection with Drug Trafficking |
| <u>LOCATION OF OFFENSE:</u> | Denver County; Denver, Colorado |
| <u>PENALTY</u>: | **Count 1**<br>NLT 10 years,<br>NMT life imprisonment<br>At least 5 years Supervised Release<br>$10,000,000 fine<br>$100 Special Assessment<br><br>**Count 27**<br>NLT 5 years<br>NMT 40 years imprisonment<br>At least 4 years Supervised Release<br>$5,000,000 fine<br>$100 Special Assessment |

Case No. 1:22-cr-00167-RM   Document 1-21   filed 05/19/22   USDC Colorado   pg 1 of 2

**Count 26**
NMT 4 years in prison
NMT 1-year of supervised release
NMT $250,000.00 fine
$100 Special Assessment

| | |
|---|---|
| AGENT: | Michael Gutke<br>Special Agent, Drug Enforcement Administration |
| AUTHORIZED BY: | Stephanie Podolak<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

___five days or less;  _X_ over five days

THE GOVERNMENT

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.