DEFENDANT:       EDUARDO TARANGO-TARANGO,
a.k.a. "Conejo,"

AGE/YOB:          1988

COMPLAINT
FILED?               _____ Yes    __X_____ No

If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  __ Yes  __ No

OFFENSE(S):     **Count 1:** Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance

**Count 48:** Title 21 U.S.C. § 843(b) and (d); Use of a Communication Facility in Connection with Drug Trafficking

**Count 50:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(ii)(II), 18 U.S.C. § 2; Distribution or Possession with the Intent to Distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same

LOCATION OF
OFFENSE:       Denver County; Denver, Colorado

PENALTY:         **Count 1**
NLT 10 years,
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine
$100 Special Assessment

**Count 48**
NMT 4 years in prison
NMT 1-year of supervised release
NMT $250,000.00 fine
$100 Special Assessment

**<u>Count 50</u>**
NLT 10 years,
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine
$100 Special Assessment

<u>AGENT:</u>   Michael Gutke
      Special Agent, Drug Enforcement Administration

<u>AUTHORIZED</u> Stephanie Podolak
<u>BY:</u>     Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

____ five days or less; _X__ over five days

<u>THE GOVERNMENT</u>

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.